

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mir Nemutullah Sadat | Civil Action No. 18-cv-1357-AJB-KSC |
| Plaintiff, | |
| V. | |
| Educational Credit Management Corporation | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DISMISSES this case WITH PREJUDICE. The Clerk of Court is DIRECTED to CLOSE this case.

Date: 2/19/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ A. Corsello
A. Corsello, Deputy